ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel. (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA. 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>SIMS METAL U.S.A., INC.,<br><br>Defendant. | Case No 2:05-CV-02382-GEB-DAD<br><br>STIPULATION TO AMEND STATUS (PRETRIAL SCHEDULING) ORDER TO EXTEND EXPERT DISCOVERY DEADLINE; PROPOSED ORDER THEREON |

Pursuant to Federal Rule of Civil Procedure 16(b), California Sportfishing Protection Alliance ("CSPA") and Sims Metal U.S.A., Inc. ("Sims"), through their respective attorneys, hereby propose and stipulate to amend the Court's March 14, 2006 Status (Pretrial Scheduling) Order to extend the deadline for expert disclosures and reports from April 20, 2007 to June 20, 2007. The extension will not alter any other deadline set forth in the Status Order.

Good cause exists to amend the Status Order because the parties continue to conduct substantive, good-faith negotiations and believe they are close to settlement. The parties believe it would be more efficient and beneficial to focus resources on resolving the few remaining issues for settlement rather than on the preparation of reports and other expert discovery.

Dated: January 19, 2007

LAW OFFICES OF ANDREW L. PACKARD
LAW OFFICE OF MICHAEL R. LOZEAU

_____
Andrew L. Packard
Attorneys for Plaintiff California Sportfishing Protection Alliance

Dated: January 19, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____
Margaret S. Rosegay
Attorneys for Defendant Sims Metal U.S.A., Inc.

## [PROPOSED] ORDER

Good cause appearing and the parties having stipulated,

IT IS HEREBY ORDERED the Status (Pretrial Scheduling) Order issued in this matter on March 14, 2006 is hereby amended. The deadline for expert disclosures and reports is extended from April 20, 2007 to June 20, 2007.

Dated: January 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge