IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIMS METAL U.S.A., INC.,<br><br>　　　　Defendant. | 2:05-cv-2382-GEB-DAD<br><br>ORDER RE:  SETTLEMENT AND DISPOSITION |

　　　　On February 7, 2007, Plaintiff filed a Notice of Settlement which states "the parties to the above-captioned Clean Water Act citizen suit have reached a settlement." (Feb. 7 Notice of Settlement, at 1-2.) The Notice of Settlement further provides that "in accordance with federal law, no papers disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX office of the United States Environmental Protection Agency." (Id. at 2.) Therefore, "the parties submit that good cause exists under Local Rule 16-160(b) to set April 6, 2007, as the date by which a Stipulation for Request for Dismissal or a Notice that the settlement is null and void, must be filed." (Id.)

1    The parties' request is granted.  Therefore, the parties
2 have until April 6, 2007, to file dispositional papers or a notice
3 that the settlement is null and void.
4    IT IS SO ORDERED.
5 Dated:  February 7, 2007

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

2