ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9229
E-mail:  andrew@packardlawoffices.com
Attorneys for Plaintiff CALIFORNIA

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>            Plaintiff,<br>    vs.<br><br>SIMS METAL U.S.A., INC.<br><br>            Defendant. | Case No. 2:05−CV−02382-GEB-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

WHEREAS, on September 8, 2005, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Sims Metal U.S.A., Inc. ("SIMS") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on November 17, 2005 CSPA filed its Complaint against SIMS in this Court, *California Sportfishing Protection Alliance v. Sims Metal U.S.A., Inc.* Case No. 2:05-cv-02382-GEB-DAD.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and SIMS, through their authorized representatives and without either

adjudication of CSPA's claims or admission by SIMS of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and SIMS is attached hereto as Exhibit A and incorporated by reference.

WHEREAS, on or about January 31, 2007, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) upon the expiration of the 45-day review period set forth at 40 C.F.R. § 135.5.  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraph 42 of the Proposed Consent Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

Dated: _____        LAW OFFICES OF ANDREW L. PACKARD


By:_____
Andrew L. Packard
Attorney for Plaintiff


Dated: _____        PILLSBURY WINTHROP SHAW PITTMAN LLP


By:_____
Margaret Rosegay
Attorney for Defendant

1 **[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Sims Metal U.S.A., Inc. as set forth in the Notice and Complaint filed in Case No. 2:05-cv-02382-GEB-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.  Said agreement terminates on September 1, 2009, at which time the exercise of jurisdiction will be discontinued.

IT IS SO ORDERED.

Dated:  March 28, 2007

GARLAND E. BURRELL, JR.
United States District Judge